IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Criminal Case No.:   12-po-00001-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

COLE J. WOODWARD,

    Defendant.

---

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE GUDRUN J. RICE**
**DATED:   February 07, 2012**

    The Court scheduled this matter for Initial Appearance on the Information on February 07, 2012 at 10:00 a.m.

    The Defendant, Cole J. Woodward, called the Court and the Assistant United States Attorney and advised he would be unable to attend due to receipt of a jury summons.  Defendant is to provide a copy of the jury summons.

    Initial Appearance set for February 07, 2012 at 10:00 a.m. is **VACATED** and continued to March 13, 2012 at 1:30 p.m.