# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For a Petty Offense) — Short Form |
|---|---|
| v. | CITATION NUMBER: 12-PO-0001-GJR |
| COLE WOODWARD | PRO SE (Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to counts 1 and 2 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 36 C.F.R. § 261.50 | GIVING FALSE, FICTITIOUS, OR FRAUDULENT REPORT | 07/16/2011 | 1 |
| 36 C.F.R § 261.58(s) | POSSESSION OF DOG IN A CLOSED AREA | 07/16/2011 | 1 |

As to Count 1, the defendant is sentenced to a fine of $500.00 and a special assessment fee of $10.00.
As to Count 2, the defendant is sentenced to a fine of $100.00 and a special assessment fee of $10.00.
Fines and fees shall be paid by 04/30/2012.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** | $20.00 | $ 600.00 | $0.00 |

04/27/2012
Date of Imposition of Judgment

*[signature]*
Signature of Judicial Officer

Kathleen M. Tafoya, U.S. Magistrate Judge
Name & Title of Judicial Officer

5-2-12
Date